652 

People of State of Illinois ex rel. Zada T. Templeton, et al., Appellants, v. Board of Education of Township High School District No. 201, Cook County.

Gen. No. 44,407. 

opinion filed May 10, 1949; released for publication June 3, 1949. John Ligtenberg, for appellants; James C. Soper, for appellee; Richard F. McPartlin, Jr., of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.

People of State of Illinois ex rel. Zada T. Templeton, et al., Appellants, v. Board of Education of Township High School District No. 201, Cook County et al., Appellees.

Gen. No. 44,420.